

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,506

**EX PARTE TITUS SMITHERS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 766876-A IN THE 182nd DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Smithers v. State*, No. 01-98-00741-CR (Tex. App.–Houston [1st], November 24, 1999).

Applicant contends that his trial counsel rendered ineffective assistance by failing to properly object to two jurors and by failing to properly object to extraneous offenses.

The trial court has determined that trial counsel was ineffective and that such deficient

representation prejudiced Applicant. We agree. Relief is granted. The judgment in Cause No.766876 in the 182nd Judicial District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.


Delivered: March 2, 2011
Do Not Publish